

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ronald Tyrone Pace, Appellant

No. 06-13-00048-CR         v.

State of Texas, Appellee

Appeal from the County Court at Law of Gregg County, Texas (Tr. Ct. No. 41560-A).  Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

      As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

      We note that the appellant, Ronald Tyrone Pace, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED MAY 14, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk